```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

COLIN BARTLEY,

                Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

               Defendants.

-----------------------------------------------------------x

09 Civ. 362 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       June 15, 2009

_____
GERARD E. LYNCH
United States District Judge